No. 11–1059. GENESIS HEALTHCARE CORP. ET AL. v. SYMCZYK. C. A. 3d Cir. Motions of Chamber of Commerce of the United

States of America et al. and DRI–The Voice of the Defense Bar for leave to file briefs as *amici curiae* granted. Certiorari granted.